B6F (Official Form 6F) (12/07)

In re  **Marcus Damar Taylor,**            Case No.  **13-19236**
       **Denesha Taylor**
                                                    ,
                            Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2726002746**<br><br>**A Alliance Collection**<br>**4180 Rfd Route 83 Ste 20**<br>**Long Grove, IL 60047** | | H | **Opened 6/01/09 Last Active 7/10/09**<br>**Collection Attorney Wilmette Real Estate** | | | | **1,729.00** |
| Account No. **439388**<br><br>**A/r Concepts**<br>**33 W Higgins Rd**<br>**South Barringt, IL 60010** | | W | **04 Municipality Westchester II** | | | | **200.00** |
| Account No. **408276**<br><br>**A/r Concepts**<br>**33 W Higgins Rd**<br>**South Barringt, IL 60010** | | H | **04 Municipality Westchester II** | | | | **50.00** |
| Account No. **46403782-454-8032**<br><br>**Acola Billing Center**<br>**3429 Regal Drive**<br>**Alcoa, TN 37701-3265** | | J | **medical** | | | | **527.40** |

__16__  continuation sheets attached                                           Subtotal
                                                                    (Total of this page)     **2,506.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
**Denesha Taylor**

Case No. **13-19236**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2027568189**<br><br>**Afni, Inc.**<br>**Attn: Bankruptcy**<br>**Po Box 3097**<br>**Bloomington, IL 61702** | | W | **Opened 4/01/08**<br>**Factoring Company Account Sprint Pcs** | | | | 950.00 |
| Account No. **605130463**<br><br>**America's Fi**<br>**1415 W 22nd St.**<br>**Oak Brook, IL 60523** | | H | **Opened 7/19/07 Last Active 3/10/08**<br>**Unsecured** | | | | 0.00 |
| Account No. **32762763**<br><br>**Arnoldharris**<br>**600 West Jackson**<br>**Chicago, IL 60661** | | H | **04 Illinois Tollway Authority** | | | | 284.00 |
| Account No. **33631502**<br><br>**Arnoldharris**<br>**600 West Jackson**<br>**Chicago, IL 60661** | | H | **04 Illinois Tollway Authority** | | | | 283.00 |
| Account No. **32762731**<br><br>**Arnoldharris**<br>**600 West Jackson**<br>**Chicago, IL 60661** | | H | **04 Illinois Tollway Authority** | | | | 212.00 |

Sheet no. **1** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,729.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,** Case No. **13-19236**
**Denesha Taylor**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **27241-G**<br><br>**Aurora Radiology Consultants**<br>**520 E 22nd St**<br>**Lombard, IL 60148-6110** | | J | **medical** | | | | **51.00** |
| Account No. **4800114999903951**<br><br>**Bank Of America**<br>**Attention: Recovery Department**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | H | **Opened  2/13/06  Last Active 11/28/07**<br>**Secured Credit Card** | | | | **0.00** |
| Account No. **5178059254701387**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | J | **Opened  2/01/11  Last Active 11/19/12**<br>**Credit Card** | | | | **443.00** |
| Account No. **62062142336931001**<br><br>**Capital One Auto Finance**<br>**3905 N Dallas Pkwy**<br>**Plano, TX 75093** | | H | **Opened  4/01/07  Last Active  4/24/08**<br>**Automobile** | | | | **Unknown** |
| Account No. **IO3 187194**<br><br>**CEP America Illinois LLP**<br>**P.O.Box 582663**<br>**Modesto, CA 95358-0046** | | J | **medical** | | | | **79.02** |

Sheet no. **2** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **573.02**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
     **Denesha Taylor** , Case No. **13-19236**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **794609834**  **Chase Bank**  **727 Roosevelt Rd**  **Glen Ellyn, IL** | | J | **NSF overdraft bank account** | | | | **447.57** |
| Account No. **1145**  **Citizens Finance**  **405 N Eola Rd**  **Aurora, IL 60502** | | J | **2005 Dodge Magnum - voluntary repossession** | | | | **9,300.00** |
| Account No. **2919367**  **Cnac Glendale Heights**  **800 North Ave**  **Glendale Heights, IL 60139** | | W | **Opened 10/01/11  Last Active 2/15/13  Automobile** | | | | **9,456.00** |
| Account No. **08TR136338**  **County of Dupage**  **505 County Farm Road**  **P.o.Box 707**  **Wheaton, IL 60187** | | J | **AUTO TICKET** | | | | **105.40** |
| Account No. **909TR34614**  **County of Dupage**  **505 County Farm Road**  **P.o.Box 707**  **Wheaton, IL 60187** | | J | **AUTO TICKET** | | | | **80.60** |

Sheet no. **3** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,389.57**

In re **Marcus Damar Taylor,** Case No. **13-19236**
**Denesha Taylor**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6807168** <br><br> **Credit Acceptance** <br> **Attn: Bankruptcy Dept** <br> **25505 West 12 Mile Rd Ste 3000** <br> **Southfield, MI 48034** | | H | Opened 5/01/08 Last Active 6/18/09 <br> Automobile | | | | 4,779.00 |
| Account No. **400708923788** <br><br> **Debt Recovery Solution** <br> **Attention: Bankruptcy** <br> **900 Merchants Concourse Ste Ll11** <br> **Westbury, NY 11590** | | W | Opened 12/01/12 <br> Factoring Company Account Us Cellular | | | | 528.00 |
| Account No. **96432837201E00120091109** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | | H | Opened 11/09/09 Last Active 3/22/11 <br> Educational | | | | 0.00 |
| Account No. **96432837201E00220091109** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | | H | Opened 11/09/09 Last Active 3/22/11 <br> Educational | | | | 0.00 |
| Account No. **581973577414670** <br><br> **Devry Inc** <br> **Attention: Student Accounts Center** <br> **814 Commerce Drive** <br> **Oakbrook, IL 60523** | | H | Opened 12/01/09 Last Active 3/31/13 <br> Educational | | | | 1,300.00 |

Sheet no. **4** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,607.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,** Case No. **13-19236**
**Denesha Taylor**
_____, 
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5584579** <br><br> **Edfinancial Svcs** | | H | Opened 9/01/06 Last Active 4/22/13 <br> Educational | | | | 4,240.00 |
| Account No. **5584379** <br><br> **Edfinancial Svcs** | | H | Opened 8/01/06 Last Active 4/22/13 <br> Educational | | | | 2,851.00 |
| Account No. **5584279** <br><br> **Edfinancial Svcs** | | H | Opened 6/01/06 Last Active 4/22/13 <br> Educational | | | | 1,460.00 |
| Account No. **5584179** <br><br> **Edfinancial Svcs** | | H | Opened 6/01/06 Last Active 4/22/13 <br> Educational | | | | 1,393.00 |
| Account No. **5584479** <br><br> **Edfinancial Svcs** | | H | Opened 8/01/06 Last Active 4/22/13 <br> Educational | | | | 1,188.00 |

Sheet no. **5** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,132.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,** Case No. **13-19236**
**Denesha Taylor**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1800101215ED00001**  Edfl Svcs/idapp  120 N Seven Oaks D  Knoxville, TN 37922 | | H | **Opened 6/29/06 Last Active 11/02/12 Educational** | | | | 0.00 |
| Account No. **1800101215ED00002**  Edfl Svcs/idapp  120 N Seven Oaks D  Knoxville, TN 37922 | | H | **Opened 6/29/06 Last Active 11/02/12 Educational** | | | | 0.00 |
| Account No. **1800101215ED00003**  Edfl Svcs/idapp  120 N Seven Oaks D  Knoxville, TN 37922 | | H | **Opened 8/28/06 Last Active 11/02/12 Educational** | | | | 0.00 |
| Account No. **1800101215ED00004**  Edfl Svcs/idapp  120 N Seven Oaks D  Knoxville, TN 37922 | | H | **Opened 8/28/06 Last Active 11/02/12 Educational** | | | | 0.00 |
| Account No. **1800101215ED00005**  Edfl Svcs/idapp  120 N Seven Oaks D  Knoxville, TN 37922 | | H | **Opened 9/11/06 Last Active 11/02/12 Educational** | | | | 0.00 |

Sheet no. **6** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
**Denesha Taylor,**
Debtors

Case No. **13-19236**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6237251<br><br>Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061 | | W | Opened 8/01/12<br>Collection Attorney At T Mobility | | | | 1,624.00 |
| Account No.<br><br>Equifax Credit Information Services<br>POBox 740241<br>Atlanta, GA 30374-0241 | | - | for notice information purposes only | | | | 0.00 |
| Account No.<br><br>Experian<br>POBox 2002<br>Allen, TX 75013 | | - | for notice information purposes only | | | | 0.00 |
| Account No. 4404979533FD00013<br><br>Fed Loan Serv<br>Pob 69184<br>Harrisburg, PA 17106 | | H | Opened 7/16/12 Last Active 1/31/13<br>Educational | | | | 10,000.00 |
| Account No. 4404979533FD00001<br><br>Fed Loan Serv<br>Pob 69184<br>Harrisburg, PA 17106 | | H | Opened 7/14/10 Last Active 1/31/13<br>Educational | | | | 6,000.00 |

Sheet no. **7** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,624.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,** Case No. **13-19236**
**Denesha Taylor**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4404979533FD00005**<br><br>**Fed Loan Serv**<br>**Pob 69184**<br>**Harrisburg, PA 17106** | | H | **Opened 11/01/09 Last Active 3/31/13**<br>**Educational** | | | | **6,000.00** |
| Account No. **4404979533FD00011**<br><br>**Fed Loan Serv**<br>**Pob 69184**<br>**Harrisburg, PA 17106** | | H | **Opened 4/18/12 Last Active 1/31/13**<br>**Educational** | | | | **5,750.00** |
| Account No. **4404979533FD00015**<br><br>**Fed Loan Serv**<br>**Pob 69184**<br>**Harrisburg, PA 17106** | | H | **Opened 8/07/12 Last Active 1/31/13**<br>**Educational** | | | | **5,675.00** |
| Account No. **4404979533FD00014**<br><br>**Fed Loan Serv**<br>**Pob 69184**<br>**Harrisburg, PA 17106** | | H | **Opened 7/23/12 Last Active 1/31/13**<br>**Educational** | | | | **4,825.00** |
| Account No. **4404979533FD00012**<br><br>**Fed Loan Serv**<br>**Pob 69184**<br>**Harrisburg, PA 17106** | | H | **Opened 4/18/12 Last Active 1/31/13**<br>**Educational** | | | | **4,500.00** |

Sheet no. **8** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,750.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
**Denesha Taylor**

Case No. **13-19236**

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4404979533FD00002** <br><br>**Fed Loan Serv** <br>**Pob 69184** <br>**Harrisburg, PA 17106** | | H | **Opened 9/08/10 Last Active 1/31/13** <br>**Educational** | | | | **4,500.00** |
| Account No. **4404979533FD00008** <br><br>**Fed Loan Serv** <br>**Pob 69184** <br>**Harrisburg, PA 17106** | | H | **Opened 9/20/11 Last Active 1/31/13** <br>**Educational** | | | | **4,000.00** |
| Account No. **4404979533FD00010** <br><br>**Fed Loan Serv** <br>**Pob 69184** <br>**Harrisburg, PA 17106** | | H | **Opened 11/01/11 Last Active 1/31/13** <br>**Educational** | | | | **3,500.00** |
| Account No. **4404979533FD00006** <br><br>**Fed Loan Serv** <br>**Pob 69184** <br>**Harrisburg, PA 17106** | | H | **Opened 11/01/09 Last Active 3/31/13** <br>**Educational** | | | | **3,500.00** |
| Account No. **4404979533FD00007** <br><br>**Fed Loan Serv** <br>**Pob 69184** <br>**Harrisburg, PA 17106** | | H | **Opened 9/20/11 Last Active 1/31/13** <br>**Educational** | | | | **3,250.00** |

Sheet no. **9** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,750.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
**Denesha Taylor**

Case No. **13-19236**

, Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4404979533FD00004** <br><br> **Fed Loan Serv** <br> **Pob 69184** <br> **Harrisburg, PA 17106** | | H | **Opened 3/09/11 Last Active 1/31/13** <br> **Educational** | | | | **3,000.00** |
| Account No. **4404979533FD00009** <br><br> **Fed Loan Serv** <br> **Pob 69184** <br> **Harrisburg, PA 17106** | | H | **Opened 11/01/11 Last Active 1/31/13** <br> **Educational** | | | | **2,750.00** |
| Account No. **4404979533FD00003** <br><br> **Fed Loan Serv** <br> **Pob 69184** <br> **Harrisburg, PA 17106** | | H | **Opened 3/09/11 Last Active 1/31/13** <br> **Educational** | | | | **2,250.00** |
| Account No. **6032203384873583** <br><br> **Gemb/walmart** <br> **Attn: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | **Opened 4/01/12 Last Active 12/02/12** <br> **Charge Account** | | | | **475.00** |
| Account No. **17749740** <br><br> **Healthcare Recovery So** <br> **1515 W 190th Street S-35** <br> **Gardena, CA 90248** | | H | **Opened 12/01/12** <br> **Collection Attorney Central Dupage Hospital** | | | | **100.00** |

Sheet no. **10** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,** Case No. **13-19236**
**Denesha Taylor**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18431709001** <br><br> Ic Systems Inc <br> Po Box 64378 <br> St. Paul, MN 55164 | | W | 11 At And T Cingular Wireless | | | | 1,368.00 |
| Account No. **6417244001** <br><br> Ic Systems Inc <br> Po Box 64378 <br> St. Paul, MN 55164 | | H | Opened 9/01/08 <br> Collection Attorney Grand Dental Associates P. C. | | | | 659.00 |
| Account No. **11127499** <br><br> Il Designate <br> Isac/Attn: Bankruptcy Department <br> 1755 Lake Cook Rd <br> Deerfield, IL 60015 | | H | Opened 9/11/06 Last Active 12/19/09 <br> Educational | | | | 0.00 |
| Account No. **11127299** <br><br> Il Designate <br> Isac/Attn: Bankruptcy Department <br> 1755 Lake Cook Rd <br> Deerfield, IL 60015 | | H | Opened 8/28/06 Last Active 12/19/09 <br> Educational | | | | 0.00 |
| Account No. **11127399** <br><br> Il Designate <br> Isac/Attn: Bankruptcy Department <br> 1755 Lake Cook Rd <br> Deerfield, IL 60015 | | H | Opened 8/28/06 Last Active 12/19/09 <br> Educational | | | | 0.00 |

Sheet no. **11** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
    **Denesha Taylor**                                  Case No. **13-19236**

       Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11127099** <br><br> **Il Designate** <br> **Isac/Attn: Bankruptcy Department** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | H | **Opened 6/29/06 Last Active 12/19/09** <br> **Educational** | | | | **0.00** |
| Account No. **11127199** <br><br> **Il Designate** <br> **Isac/Attn: Bankruptcy Department** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | H | **Opened 6/29/06 Last Active 12/19/09** <br> **Educational** | | | | **0.00** |
| Account No. **12197146** <br><br> **Illinois Collection Se** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | H | **Opened 7/01/10** <br> **Collection Attorney Westlake Hospital Emergency Ph** | | | | **340.00** |
| Account No. **YP760-372** <br><br> **Maybook Court House** <br> **1500 Maybrook Ave** <br> **Maywood, IL 60153** | | J | **auto tickets** | | | | **95.00** |
| Account No. **YJ647-704** <br><br> **Maybook Court House** <br> **1500 Maybrook Ave** <br> **Maywood, IL 60153** | | J | **AUTO TICKETS** | | | | **95.00** |

Sheet no. **12** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **530.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
**Denesha Taylor**

Case No. **13-19236**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MCSIHSPT010091655** **Mcsi Inc** **Po Box 327** **Palos Heights, IL 60463** | | H | **01 Village Of Hillside** | | | | 250.00 |
| Account No. **8534636612** **Midland Funding** **8875 Aero Drive, Suite 200** **San Diego, CA 92123** | | H | **Opened 5/01/10** **Factoring Company Account Bank Of America** | | | | 1,495.00 |
| Account No. **359384532939** **Midstate Collection So** **Po Box 3292** **Champaign, IL 61826** | | W | **Opened 3/01/12** **Collection Attorney Ohare Truck Service** | | | | 2,106.00 |
| Account No. **1045524** **Municollofam** **3348 Ridge Road** **Lansing, IL 60438** | | H | **Last Active 9/14/10** **04 Village Of Forest Park** | | | | 0.00 |
| Account No. **998796** **Municollofam** **3348 Ridge Road** **Lansing, IL 60438** | | H | **Last Active 9/14/10** **04 Village Of Forest Park** | | | | 0.00 |

Sheet no. **13** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,851.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
  **Denesha Taylor**
_____,
                                       Debtors

Case No. **13-19236**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **999466** <br><br> **Municollofam** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | | H | **Last Active 9/14/10** <br> **04 Village Of Forest Park** | | | | **0.00** |
| Account No. **688351** <br><br> **Nationwide Acceptance** <br> **Attn: Rebecca** <br> **3435 N Cicero Ave** <br> **Chicago, IL 60641** | | H | **Opened 7/01/07 Last Active 5/05/08** <br> **Secured** | | | | **898.00** |
| Account No. **674802** <br><br> **Nationwide Cassel Llc** <br> **3435 N Cicero Ave** <br> **Chicago, IL 60641** | | H | **Opened 6/01/06 Last Active 4/19/07** <br> **Automobile** | | | | **0.00** |
| Account No. **11051004296** <br><br> **Nationwide Credit & Co** <br> **815 Commerce Dr Ste 100** <br> **Oak Brook, IL 60523** | | W | **Opened 4/01/07** <br> **Collection Attorney Loyola University Health Sys.** | | | | **319.00** |
| Account No. **10070960000254567** <br><br> **Ntl Acct Srv** <br> **1246 University Av** <br> **Saint Paul, MN 55104** | | W | **Fifth Third Bank** | | | | **453.00** |

Sheet no. **14** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,670.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**        Case No. **13-19236**
     **Denesha Taylor**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXX-XX-1467** <br><br> **PAYCHEX** <br> 911 Panorama Trail S. <br> Rochester, NY 14625-0397 | | J | **TUITION REIMBURSEMENT** | | | | **8,330.00** |
| Account No. **62062142336931001** <br><br> **Portfolio Recovery** <br> Attn: Bankruptcy <br> Po Box 41067 <br> Norfolk, VA 23541 | | H | **Opened 10/01/10** <br> **Factoring Company Account Onyx Acceptance Corporation** | | | | **7,769.00** |
| Account No. **2R916288105** <br><br> **Rjm Acq Llc** <br> 575 Underhill Blvd Suite 224 <br> Syosset, NY 11791 | | H | **Opened 12/01/11** <br> **Factoring Company Account Bank Of America Checking Accou** | | | | **729.00** |
| Account No. **96432837201000220091109** <br><br> **Sallie Mae** <br> Po Box 9500 <br> Wilkes Barre, PA 18773 | | H | **Opened 11/01/09  Last Active  9/01/10** <br> **Educational** | | | | **Unknown** |
| Account No. **96432837201000120091109** <br><br> **Sallie Mae** <br> Po Box 9500 <br> Wilkes Barre, PA 18773 | | H | **Opened 11/01/09  Last Active  9/01/10** <br> **Educational** | | | | **Unknown** |

Sheet no. **15** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **16,828.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcus Damar Taylor,**
**Denesha Taylor**
,
Debtors

Case No. **13-19236**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A0095379308** <br><br> **Sherman Health** <br> **1425 N. Randall Rd** <br> **Elgin, IL 60123** | | J | **MEDICAL** | | | | **228.54** |
| Account No. <br><br> **TransUnion** <br> **POBox 1000** <br> **Chester, PA 19022** | | - | **for notice information purposes only** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **16** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **228.54**

Total
(Report on Summary of Schedules) **138,770.53**